

## Case Assignment
## Standard Civil Assignment

Case number **4:20CV-49-JHM**

Assigned : Senior Judge Joseph H. McKinley Jr.
Judge Code : 4414

Assigned on 3/27/2020 10:17:42 AM
Transaction ID: 31888

Request New Judge    Return