# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# AT OWENSBORO

| | |
|---|---|
| COMMONWEALTH OF KENTUCKY ) <br> ) <br> Ex Parte ) <br> ) <br> NEELY PETRY-BLANCHARD ) <br> ) <br> Petitioner ) <br> ) <br> vs. ) <br> ) <br> MIKE LOUIS, Hopkins County, KY Jail ) <br> Superintendent; COMMONWEALTH OF ) <br> KENTUCKY; SUSAN BLANCHARD; ) <br> OTHER STATE OFFICIALS UNNAMED ) <br> OTHER COUNTY OFFICIALS UNNAMED ) <br> ) <br> Respondents ) | CASE NO. 4:20-CV-49 <br><br> PETITION FOR WRIT OF <br> HABEAS CORPUS <br> PURSUANT TO 28 U.S.C. 2241 <br><br> Senior Judge J.H. McKinley, Jr. |

## NOTICE OF APPEARANCE *PRO HAC VICE*

John A. Gentry, CPA, provides Notice of Appearance *pro hac vice* as "next friend" on behalf of Neely Petry-Blanchard. In the Petition for Writ of Habeas Corpus, and attached EXHIBIT E, Mr. Gentry, established his "next friend" status.

JOHN ANTHONY GENTRY, CPA, *sui juris*

Candidate for State Senate
208 Navajo Court
Goodlettsville, TN 37072
(615) 351-2649
johng@wethepeoplev50.com

Next Friend for Petitioner,
NEELY PETRY-BLANCHARD

1

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing served by first-class mail, postage prepaid on this the 27th day of March, 2020.

Mike Louis
2250 Laffoon Trail
Madisonville, KY 42431

Susan Blanchard
104 Stonewall Drive
Russellville, KY 42276

Commonwealth of Kentucky
Office of Attorney General
700 Capital Avenue
Suite 118
Frankfort KY, 40601

John A Gentry, CPA